**Edward L. DUTTON, Plaintiff—Appellant,**

v.

**MONTGOMERY COUNTY MARYLAND; Sam Hsu, Captain; Marcus Westover; D. Sugure, Officer; Jennifer Powell, Officer; Marcus Jones, Lieutenant; Joy Turner, Defendants—Appellees.**

No. 09–2016.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2010.

Decided: March 2, 2010.

Edward L. Dutton, Appellant Pro Se. Patricia Prestigiacomo Via, Chief, Edward Barry Lattner, County Attorney's Office, Rockville, Maryland; Danielle E. Marone, Jo Anna Schmidt, Schmidt, Dailey & O'Neill, LLC, Baltimore, Maryland; James F. Shalleck, Montgomery, Maryland; Lindsay Nichole Warnes, Rockville, Maryland; Jessica Lynn Ellsworth, Steven Paul Hollman, Hogan & Harson, LLP, Washington, DC, for Appellees.

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward L. Dutton appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dutton v. Montgomery County Maryland,* No. 8:08–cv–03504–DKC, 2009 WL 2496844 (D.Md. Aug. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*